■ In the Matter of ARTHUR LEVINE, an Attorney. — Motion for leave to renew opposition to the petition of the Departmental Disciplinary Committee, or for other relief, denied in its entirety. Concur — Murphy, P. J., Kupferman, Carro, Asch and Alexander, JJ.